**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22982-CV-WILLIAMS**

SERIES 15-09-321,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Lisette M Reid's Report and Recommendation (DE 115) ("***Report***") on Defendant's Motion to Dismiss the Amended Complaint (DE 61) ("***Motion to Dismiss***") and Plaintiff's Motion for Leave to File Amended Complaint by Interlineation (DE 112) ("***Motion for Leave***").  In the Report, Judge Reid recommends granting Defendant's Motion to Dismiss and Plaintiff's Motion for Leave.  Specifically, Judge Reid finds that the Amended Complaint should be dismissed for lack of subject matter jurisdiction with leave for Plaintiff to amend its complaint to include the identity of the assignor and, "more importantly, attach the assignment agreement." (DE 115 at 9.)[1]  Plaintiff filed its Objections to the Report (DE 119) and Defendant filed its Response (DE 120).

    Accordingly, upon a careful review of the Report, the Motion, the record, and

---

[1] In the event the Plaintiff would like to file its assignment agreement under seal, Plaintiff's request to file under seal shall fully comply with the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida and this Court's Practices and Procedures.

applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Lisette M Reid's Report and Recommendation (DE 119) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss the Amended Complaint (DE 61) is **GRANTED**.

3. Plaintiff's Motion for Leave to File Amended Complaint by Interlineation (DE 112) is **GRANTED**.

4. On or before **September 13, 2024**, Plaintiff shall file its second amended complaint that remedies the defects identified in this Order and Judge Reid's Report.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 9th day of September, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE